JS-6/ENTER

*[Filing stamps: ENTERED - SOUTHERN DIVISION CLERK, U.S. DISTRICT COURT JUL 23 2009 CENTRAL DISTRICT OF CALIFORNIA; FILED CLERK, U.S.D.C. SOUTHERN DIVISION JUL 23 2009 CENTRAL DISTRICT OF CALIFORNIA]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LEDESMA, | Case No. CV 08-8332-GAF (RNB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| MICHAEL A. SMELOSKY, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 7/21/09

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE