I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 7/30/09

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUL 3 0 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                       DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LEDESMA, <br><br> Petitioner, <br><br> vs. <br><br> MICHAEL A. SMELOSKY, Warden, <br><br> Respondent. | Case No. CV 08-8332-GAF (RNB) <br><br> ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. On July 10, 2009, petitioner belatedly filed objections to the Report and Recommendation. Having made a de novo determination of those portions of the Report and Recommendation to which belated objections have been made, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: 7/24/09

GARY A. FEESS
UNITED STATES DISTRICT JUDGE